[No. 46744-1-I.   Division One.   July 16, 2001.]

LITTLE DELI MARTS, INC., *Appellant*, v. THE CITY OF KENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-52156-1, Jay V. White, J., entered June 2, 2000. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker, A.C.J., and Ellington, J. Now published at 108 Wn. App. 1.

[No. 46895-2-I.   Division One.   July 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA L. WALTON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00280-9, Michael F. Moynihan, J., entered May 11, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46962-2-I.   Division One.   July 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO M. LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09303-4, Richard A. Jones, J., entered July 10, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47328-0-I.   Division One.   July 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES W. WILKERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-1-00683-5, Susan K. Cook, J., entered March 30, 2000. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Appelwick, J. Now published at 107 Wn. App. 748.